AO 442 (Rev. 5/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS

**UNITED STATES OF AMERICA**
**v.**
**TERRY BURTON BUTTS**

**WARRANT FOR ARREST**

**CASE NUMBER: 3:08CR30001-001**

TO: The United States Marshal
and any other Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest <u>TERRY BURTON BUTTS</u>

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him with: <u>Count One</u>: Use of a facility of interstate commerce to persuade, induce, entice and coerce a minor to engage in sexual activity; and, <u>Count Two</u>: Travel in interstate commerce with intent to engage in illicit sexual conduct with a minor;

in violation of Title <u>18</u> United States Code, Section(s) 2422(b) and 2423(b), (e) and (f)(1

| | |
|---|---|
| CHRISTOPHER R. JOHNSON | U. S. DISTRICT CLERK |
| Name of Issuing Officer | Title of Issuing Officer |
| *[signature]* | May 9, 2008,     Fort Smith, Arkansas |
| Signature of Issuing Officer | Date and Location |

(By) Deputy Clerk

CHRISTOPHER R. JOHNSON

By_____
Name of Judicial Officer

Bail fixed at _____

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at
EASTERN DISTRICT OF TENNESSEE *[signature]*, DUSM

| Date Received | Name & Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| 5-9-08 | | |
| Date of Arrest 5/12/2008 | Susan Jones, DUSM | *[signature]* |