# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 3:08CR30001 |
| | ) | |
| **TERRY BURTON BUTTS,** | ) | |
| Defendant. | ) | |

## NOTICE OF DEFENDANT'S REQUEST FOR DISCOVERY

COMES NOW the defendant, **Terry Burton Butts**, by the Office of the Federal Public Defender and its attorney, **Jack Schisler** and does hereby respectfully provide this pleading as notice to the Court and to the government of the defendant's request for discovery pursuant to the Court's Pretrial Scheduling Order.

The defendant requests all of the material referenced in the Order, and also requests *Jencks Act* material and *Giglio* material seven days prior to trial, in keeping with the Order's suggestion that early disclosure will avoid unnecessary delay.

Respectfully submitted,

OFFICE OF THE FEDERAL PUBLIC DEFENDER
Jenniffer Horan, Federal Public Defender

By: /s/ *John B. Schisler*
John B. Schisler
Assistant Federal Public Defender
320 N. Rollston Ave., Ste. 102
Fayetteville, AR 72701
(479) 442-2306

Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Kyra Jenner, Assistant United States Attorney, and I hereby certify that I have mailed the document by the United States Postal Service to the following non-CM/ECF participants: None.

/s/ *John B. Schisler*
John B. Schisler
Assistant Federal Public Defender
320 N. Rollston Ave., Ste. 102
Fayetteville, Arkansas 72701
(479) 442-2306
(479) 443-1904 fax