IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION


UNITED STATES OF AMERICA      )
                                 )     No.  3:08CR30001-001
  v.                             )
                                 )
TERRY BURTON BUTTS         )


### RESPONSE TO DEFENDANT'S REQUEST FOR DISCOVERY
### AND GOVERNMENT'S REQUEST FOR DISCOVERY


Comes now the United States of America, by and through Robert C. Balfe, United States

Attorney for the Western District of Arkansas, and for its response to the defendant's request for

discovery filed herein, states:

1.      The United States will provide discovery as set forth in the Pretrial Scheduling Order.

Material required pursuant to Giglio v. United States and Jencks Act material will be provided the

day before trial of this matter.

2.      The United States requests that the defendant provide the government all material as

set forth in the Pretrial Scheduling Order.

                                      Respectfully submitted,

                                      ROBERT C. BALFE
                                      UNITED STATES ATTORNEY

                                      By:  **/s/  Kyra E. Jenner**
                                        Kyra E. Jenner
                                      Assistant U. S. Attorney
                                      Arkansas Bar No. 2000041
                                      P. O. Box 1524
                                      Fort Smith,  AR  72902
                                      Telephone: 479-783-5125

**CERTIFICATE OF SERVICE**

I, Kyra E. Jenner, Assistant United States Attorney for the Western District of Arkansas,

hereby certify that a true and correct copy of the foregoing pleading was electronically filed on June

2, 2008, with the Clerk of Court using the CM/ECF System which will send notification of such

filing to the following:

Mr. Jack Schisler
Asst. Federal Defender
320 North Rollston, Suite 102
Fayetteville, AR  72701

**/s/  Kyra E. Jenner**
Kyra E. Jenner
Assistant U.S. Attorney
