IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No.   3:08CR30001-001 |
| v. | ) | |
| | ) | |
| TERRY BURTON BUTTS | ) | |

**GOVERNMENT'S MOTION TO DISMISS INDICTMENT
PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(a)**

Comes now the United States, by and through the undersigned Assistant United States Attorney, and moves pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure for leave of court to dismiss the indictment without prejudice in the above-captioned case.  The United States requests dismissal of this matter in the best interest of justice.

Respectfully submitted,

ROBERT C. BALFE
UNITED STATES ATTORNEY

By:   **/s/  Kyra E. Jenner**
   Kyra E. Jenner
Assistant U. S. Attorney
Arkansas Bar No. 2000041
P. O. Box 1524
Fort Smith,  AR  72902
Telephone: 479-783-5125

**CERTIFICATE OF SERVICE**

      I, Kyra E. Jenner, Assistant United States Attorney for the Western District of Arkansas, hereby certify that a true and correct copy of the foregoing pleading was electronically filed on August 15, 2008, with the Clerk of Court using the CM/ECF System which will send notification of such filing to the following:

Mr. Jack Schisler
Asst. Federal Defender
320 North Rollston, Suite 102
Fayetteville, AR  72701

                                              **/s/  Kyra E. Jenner**
                                              Kyra E. Jenner
                                              Assistant U.S. Attorney