UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

UNITED STATES OF AMERICA                                        PLAINTIFF

   v.       CASE NO. 08-30001

TERRY BURTON BUTTS                                              DEFENDANT

## O R D E R

Currently before the Court is a **Motion to Dismiss** (Doc. 15) filed by the Government. The Government seeks to dismiss the indictment filed against the defendant without prejudice. Upon due consideration, the motion is **GRANTED** pursuant to Federal Rule of Criminal Procedure 48(a), and the indictment filed against the defendant is hereby **DISMISSED** without prejudice.

IT IS SO ORDERED this 15th day of August, 2008.

/s/ Jimm Larry Hendren
**JIMM LARRY HENDREN**
**UNITED STATES DISTRICT JUDGE**